IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BAKER HUGHES OILFIELD OPERATIONS, INC.** | § § § | |
| Plaintiff, | § § | Civil Action No. 4:16-cv-01521 |
| v. | § § | JURY TRIAL DEMANDED |
| **BUBBLETIGHT, LLC** | § § § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE BY MICHAEL J. COLLINS

Notice is hereby given that the undersigned attorney, Michael J. Collins of COLLINS EDMONDS SCHLATHER & TOWER PLLC, respectfully enters his appearance in this matter as attorney of record for Defendant Bubbletight, LLC, including for purpose of receiving notices and orders from the Court.

June 10, 2016

Respectfully submitted,

By: /s/ *Michael J. Collins*
Michael J. Collins
mcollins@ip-lit.com
Attorney-in-Charge
Texas State Bar No. 04614510
SDTX No. 15643
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535

*Attorney for Defendant Bubbletight, LLC*

OF COUNSEL:

**COLLINS EDMONDS
SCHLATHER & TOWER, PLLC**
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per LR-5. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

June 10, 2016                                                                     /s/ *Michael J. Collins*
                                                                                             Michael J. Collins