IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BAKER HUGHES OILFIELD OPERATIONS, INC.** § § § | | |
| **Plaintiff,** § § | Civil Action No. 4:16-cv-01521 | |
| **v.** § § | **JURY TRIAL DEMANDED** | |
| **BUBBLETIGHT, LLC** § § | | |
| **Defendant.** § | | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Bubbletight, LLC ("Defendant") hereby move this Court for a thirty (30) day extension of time, up to and including September 1, 2016 for Defendant to answer or otherwise respond to Plaintiff's Original Complaint.

This is Defendant's first request for such an extension.

Plaintiff does not oppose this motion.

WHEREFORE, premises considered, Defendant respectfully requests that the Court enter the proposed order accompanying this motion.

July 19, 2016                                                   Respectfully submitted,

                                                              By: /s/ *Michael J. Collins*
                                                          Michael J. Collins – Attorney-in-Charge
                                                              mcollins@ip-lit.com
                                                              Texas State Bar No. 04614510
                                                              SDTX No. 15643
                                                          Stephen F. Schlather
                                                             sschlather@ip-lit.com
                                                              Texas State Bar No 24007993.
                                                              SDTX No. 352157
                                                          **COLLINS EDMONDS**
                                                          **SCHLATHER & TOWER, PLLC**
                                                          1616 S. Voss Road, Suite 125
                                                          Houston, Texas 77057
                                                          Telephone: (281) 501-3425
                                                          Facsimile: (832) 415-2535

                                                          ***Attorney for Defendant Bubbletight, LLC***

## CERTIFICATE OF CONFERENCE

      I hereby certify that I have conferred with Plaintiff's counsel and this motion is unopposed.

July 19, 2016                                                   /s/ *Michael J. Collins*
                                                                                           Michael J. Collins

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per LR-5. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

July 19, 2016                                                   /s/ *Michael J. Collins*
                                                                                           Michael J. Collins