United States District Court
Southern District of Texas
**ENTERED**
July 20, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAKER HUGHES OILFIELD OPERATIONS, INC. | § § § § | |
| Plaintiff, | § | Civil Action No. 4:16-cv-01521 |
| v. | § § | |
| BUBBLETIGHT, LLC | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The Court, having considered Defendant Bubbletight, LLC's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Original Complaint, hereby GRANTS the Unopposed Motion.

It is ORDERED that Defendant have up to and including September 1, 2016 to answer or otherwise respond to Plaintiff's Complaint

Signed this 20th day of July, 2016

Hon. Judge Lee H. Rosenthal
UNITED STATES DISTRICT JUDGE