IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAKER HUGHES OILFIELD OPERATIONS, INC. | § § § | |
| Plaintiff, | § § | Civil Action No. 4:16-cv-01521 |
| v. | § § | |
| BUBBLETIGHT, LLC | § § § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## BUBBLETIGHT, LLC'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Bubbletight, LLC states that it has no parent corporation, and that no publicly traded company owns 10% or more of its stock.

September 1, 2016

Respectfully submitted,

By: /s/ *Michael J. Collins*
Michael J. Collins
mcollins@ip-lit.com
Attorney-in-Charge
Texas State Bar No. 04614510
SDTX No. 15643
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535

OF COUNSEL:

**Collins Edmonds**
**Schlather & Tower, PLLC**
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535

*Attorneys for Defendant Bubbletight, LLC*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 1st day of September, 2016 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

September 1, 2016                                                  /s/ *Michael J. Collins*
                                                                                    Michael J. Collins