THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BAKER HUGHES OILFIELD OPERATIONS, INC.** | § § § § | |
| **Plaintiff,** | § § § | Civil Action No. 4:16cv01521 |
| v. | § § | |
| **BUBBLETIGHT, LLC** | § § § | |
| **Defendant.** | § § § § | |

## PLAINTIFF BAKER HUGHES'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff certifies that Baker Hughes Oilfield Operations, Inc. and Baker Hughes Incorporated are financially interested in the outcome of this litigation.

Dated: September 9, 2016

By */s/ Charles B. Walker, Jr.*
Charles B. Walker, Jr.
Attorney in charge
Texas Bar No. 00794808
S.D. Tex. Bar No. 19307
charles.walker@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713.651.5151
Fax: 713.651.5246

OF COUNSEL:
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713.651.5151
Fax: 713.651.5246

**ATTORNEYS FOR BAKER HUGHES OILFIELD OPERATIONS, INC.**

27524940.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 9, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

>/s/ *Charles B. Walker, Jr.*
> Charles B. Walker, Jr.