# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Baker Hughes Oilfield Operations, Inc.

v.                                                    Case Number: 4:16–cv–01521

Bubbletight, LLC

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/30/2016

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:    September 13, 2016

David J. Bradley, Clerk