IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAKER HUGHES OILFIELD OPERATIONS, INC. | § § § | |
| Plaintiff, | § § | Civil Action No. 4:16-cv-01521 |
| v. | § § | |
| BUBBLETIGHT, LLC | § § § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## BUBBLETIGHT, LLC'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Defendant Bubbletight, LLC ("Bubbletight") states that the following is a listing of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are known to Bubbletight to be financially interested in the outcome of this litigation:

Plaintiff Baker Hughes Oilfield Operations, Inc.

Upon information and belief, Baker Hughes Incorporated

Defendant Bubbletight, LLC

September 16, 2016

Respectfully submitted,

By: /s/ *Michael J. Collins*
Michael J. Collins
mcollins@ip-lit.com
Attorney-in-Charge
Texas State Bar No. 04614510
SDTX No. 15643
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535

1

OF COUNSEL:

Stephen F. Schlather
State Bar No. 24007993
S.D. Tex. Bar No. 352157
sschlather@ip-lit.com
**Collins Edmonds**
**Schlather & Tower, PLLC**
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535

*Attorneys for Defendant Bubbletight, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 1st day of September, 2016 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

September 16, 2016                                            /s/ *Michael J. Collins*
                                                                              Michael J. Collins