# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| BAKER HUGHES OILFIELD OPERATIONS, INC. <br><br> *Plaintiff and counterclaim defendant*, <br><br> v. <br><br> BUBBLETIGHT, LLC <br><br> *Defendant and counterclaim plaintiff.* | § § § § § § § § § § § § § § § § | Civil Action No. 4:16-cv-01521 |

## COUNTERCLAIM DEFENDANT BAKER HUGHES'S ANSWER TO DEFENDANT'S COUNTERCLAIMS

Plaintiff and counterclaim defendant Baker Hughes Oilfield Operations, Inc. ("Baker Hughes") answers the counterclaims alleged by defendant Bubbletight, LLC ("Bubbletight") in its answer to Baker Hughes's original complaint (Doc. 9) and states as follows in response to each numbered paragraph of the counterclaims:

### NATURE OF THE ACTION

1. Baker Hughes admits that the action purports to seek declaratory judgment of invalidity and non-infringement of the asserted patents. Baker Hughes denies that the action has merit.

2. Admitted.

### THE PARTIES

3. Admitted.

4. Admitted.

27530560.1

## JURISDICTION AND VENUE

5. Admitted.

6. Admitted.

## FIRST COUNTERCLAIM

7. Admitted.

8. Denied.

## SECOND COUNTERCLAIM

9. Admitted.

10. Denied.

## PRAYER FOR RELIEF

Baker Hughes accordingly asks the Court to enter judgment that Bubbletight take nothing on its counterclaims, dismiss Bubbletight's counterclaims with prejudice, assess costs against Bubbletight, and award Baker Hughes all other relief that the Court deems appropriate.

- 3 -

Date: September 22, 2016        Respectfully submitted,

                                */s/ Charles B. Walker Jr.*
                                Charles B. Walker, Jr.
                                Attorney-in-charge
                                State Bar No. 00794808
                                S.D. Tex. Bar No. 19307
                                1301 McKinney, Suite 5100
                                Houston, Texas 77010-3095
                                Telephone:  713/651-5203
                                Facsimile:  713/651-5246
                                Email: charles.walker@nortonrosefulbright.com

OF COUNSEL:

Jeffrey P. Kitchen
State Bar No. 24092634
S.D. Tex. Bar No. 2574035
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713/651-5391
Facsimile: 713/651-5246
Email: jeff.kitchen@nortonrosefulbright.com

**Attorneys for Baker Hughes Oilfield Operations, Inc.**

- 4 -

## **CERTIFICATE OF SERVICE**

    I certify that the foregoing document was served on September 22, 2016 via the CM/ECF system that automatically serves a notice of electronic filing of this document to all those registered as filing users for the system, which include the following:

        For Defendant:
        Michael J. Collins
        COLLINS EDMONDS SCHLATHER & TOWER, PLLC
        mcollins@ip-lit.com
        1616 S. Voss Road, Suite 125
        Houston, Texas  77057
        Telephone:  (281) 501-3425
        Facsimile:  (832) 415-2535

          */s/ Charles B. Walker Jr.*
          Charles B. Walker, Jr.